# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS

## Civil Cover Sheet

**FILED**
JAN - 7 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

This automated JS-44 conforms generally to the manual JS-44 approved by the Judicial Conference of the United States in September 1974. The data is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. The information contained herein neither replaces nor supplements the filing and service of pleadings or other papers as required by law. This form is authorized for use only in the Northern District of Illinois.

| Plaintiff(s): Ramadan Ali, Luqman Ali, Aneesah Ali | Defendant(s): CITY OF CHICAGO a Municipal Corporation, et al. |
|---|---|
| County of Residence: Cook | County of Residence: Cook |
| Plaintiffs' Atty: PRO SE<br>Ramadan Ali, Luqman Ali, Aneesah Ali<br>6846 S. Peoria<br>Chicago, Illinois 60621 | Defendant's Atty: David J. Seery<br>Chief Assistant Corporation Counsel<br>City of Chicago Department of Law<br>30 N. LaSalle Suite 1020<br>Chicago, IL 60602 |

**II. Basis of Jurisdiction:**
3. Federal Question (U.S. not a party)

**III. Citizenship of Principal Parties** (Diversity Cases Only)

Plaintiff:- N/A

Defendant:- N/A

**IV. Origin:** 2 Remove From State Court

**V. Nature of Suit:**
440 Other Civil Rights

**08CV0113**
**JUDGE KENNELLY**
**MAG. JUDGE COLE**

**VI. Cause of Action:**
Fourth Amendment: under the color of state law depriving Plaintiff to 42 U.S.C. § 1983

**VII. Requested in Complaint**

Class Action: No

Dollar Demand: $1,000,000.00

Jury Demand: No

**VIII.** This case **IS NOT** a refiling of a previously dismissed case.

Signature: _____

Date: January 7, 2008