IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| **LUQMAN S. ALI, RAMADAN ALI, individually** and As Special Administrator of the Estate of **CURTIS ABDUL-MUHAIMIN ALI, deceased,** **ANEESAH I. ALI,** | ) ) ) ) ) | |
| Plaintiffs, | ) ) | 08 C 0113 |
| v. | ) ) | |
| | ) | Judge Kennelly |
| **CERTAIN NOW UNKNOWN** **CHICAGO POLICE OFFICERS,** **Individually and as employees, agents,** **and servants of CITY OF CHICAGO,** **ILLINOIS, a Municipal Corporation,** | ) ) ) ) ) ) | Magistrate Judge Cole |
| Defendants. | ) | |

**CITY OF CHICAGO'S MOTION TO EXTEND**
**THE TIME IN WHICH TO ANSWER OR OTHERWISE PLEAD**

Defendant City of Chicago ("City"), by Mara S. Georges, Corporation Counsel for the City of Chicago, respectfully requests that this Honorable Court grant an extension of time up to and including April 9, 2008 in which to answer or otherwise plead to Plaintiff's Complaint at Law. In support of this motion, the City states as follows:

1.  On January 7, 2008, this *pro se* action was removed from the Circuit Court of Cook County to the Northern District of Illinois as it contained claims brought pursuant to 42 U.C.S. § 1983 alleging violations of Plaintiff's constitutional rights.

2.  On March 9, 2008, undersigned counsel was assigned to be the lead counsel in this matter. As this case contains only unknown officers as defendants, she filed her appearance on behalf of the City of Chicago and is investigating as to the identity of the unknowns.

3.  As undersigned defense counsel has only recently been assigned to defend this

case, she now requests additional time to answer as she must examine the file, confer with her client and decide whether the answer or otherwise plead to Plaintiff's Complaint at Law.

4.  This motion is Defendant's first request for an extension of time to answer or otherwise plead. Such a request will not unduly delay the resolution of the disputed issues, nor will it prejudice the plaintiffs.

**WHEREFORE**, Defendant City of Chicago, respectfully requests that it be given until April 9, 2008 to answer or otherwise plead to Plaintiff's Second Amended Complaint.

Respectfully submitted,

MARA S. GEORGES
CORPORATION COUNSEL

BY:   /s/ Ashley C. Kosztya
ASHLEY C. KOSZTYA
Assistant Corporation Counsel
Attorney for Defendant City

30 N. LaSalle Street
Suite 1020
Chicago, IL 60602
(312) 744-6922
Attorney No. 6274884