IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| LUQMAN S. ALI, RAMADAN ALI, individually and As Special Administrator of the Estate of CURTIS ABDUL-MUHAIMIN ALI, deceased, ANEESAH I. ALI, | ) ) ) ) | |
| Plaintiffs, | ) ) | 08 C 0113 |
| v. | ) ) | Judge Kennelly |
| CERTAIN NOW UNKNOWN CHICAGO POLICE OFFICERS, Individually and as employees, agents, and servants of CITY OF CHICAGO, ILLINOIS, a Municipal Corporation, | ) ) ) ) ) ) | Magistrate Judge Cole |
| Defendants. | ) | |

**NOTICE OF MOTION**

TO: See attached service list

**PLEASE TAKE NOTICE** that I have this day filed with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, **CITY OF CHICAGO'S MOTION TO EXTEND THE TIME IN WHICH TO ANSWER OR OTHERWISE PLEAD,** a copy of which is attached hereto and herewith served upon you.

**PLEASE TAKE FURTHER NOTICE** that I shall appear before the Honorable Judge Kennelly, or before such other Judge sitting in his place or stead, on the 18th day of March, 2008 at 9:30 a.m. in Courtroom 2103, or as soon thereafter as counsel may be heard and present the previously filed motion.

**DATED** at Chicago, Illinois this 13th day of March, 2008.

                                                        MARA S. GEORGES
                                                        CORPORATION COUNSEL
                                                        CITY OF CHICAGO

                              BY:    /s/ Ashley C. Kosztya
                                            ASHLEY C. KOSZTYA
                                            Assistant Corporation Counsel

30 N. LaSalle Street, Suite 1020
Chicago, Illinois 60602
(312) 744-6922

## CERTIFICATE OF SERVICE

      I hereby certify that I have caused this **DEFENDANT CITY OF CHICAGO'S MOTION TO EXTEND THE TIME IN WHICH TO ANSWER OR OTHERWISE PLEAD** to be served electronically upon those represented parties able to receive said motion and notice via the CM/ECF electronic filing system this 13th day of March, 2008, and by U.S. mail for the remaining parties.

                                                **/s/ Ashley C. Kosztya**
                                                ASHLEY C. KOSZTYA

## SERVICE LIST

**Pro se Plaintiffs**

Ramadan Ali, Luqman Ali and Annesah Ali
6846 S. Peoria
Chicago, Illinois 60621