## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Matthew Kennelly | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 113 | **DATE** | 3/18/2008 |
| **CASE TITLE** | Luqman S. Ali vs. Certain Now Unknown Chicago Police Officers | | |

**DOCKET ENTRY TEXT**

The City of Chicago's motion to extend time is granted. The city's response to the second amended complaint is to be filed by 4/9/08.

Docketing to mail notices.

00:05

| | Courtroom Deputy Initials: | DS |
|---|---|---|