**FILED**
Mar 18, 2008
MAR 1 8 2008

# UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Plaintiff(s)
RAMADAN ALI, LUQMAN ALI, ANEESAH ALI, CURTIS ABDUL-MUHAIMIN ALI

V.

Defendant(s)
CHICAGO, CITY OF; UNKNOWN CHICAGO POLICE OFFICERS

Case Number: 1:08-CV-00113

Judge: KENNELLY

## MOTION FOR APPOINTMENT OF COUNSEL

[NOTE: Failure to complete all items in this form may result in the denial of the motion for appointment of counsel]

1. I, __RAMADAN ALI__, declare that I am the (check appropriate box)
   [✓] plaintiff   [ ] defendant in the above-entitled proceeding and state that I am unable to afford the services of an attorney, and hereby request the Court to appoint counsel to represent me in this proceeding.

2. In support of my motion, I declare that I have made the following attempts to retain counsel to represent me in this proceeding [NOTE: This item *must* be completed]:
   SOUGHT COUNSEL/REPRESENTATION AND WAS TOLD MY LAWSUIT WOULD NOT YIELD REWARDS THAT WOULD PAY FOR LAWYERS TAKING CASE ON CONTINGENCY. THIS HAPPENED AT TWO FIRMS THAT SPECIALIZE IN 42 USC §1983 CASES.

3. In further support of my motion, I declare that (check appropriate box):
   [✓] I am not currently, nor previously have been, represented by an attorney appointed by the Court in this or any other civil or criminal proceeding before this Court.
   [ ] I am currently, or previously have been, represented by an attorney appointed by the Court in the proceeding(s) described on the back of this page.

4. In further support of my motion, I declare that (check appropriate box):
   [✓] I have attached an original Application for Leave to Proceed *In Forma Pauperis* in the proceeding detailing my financial status.
   [ ] I have previously filed an Application for Leave to Proceed *In Forma Pauperis* in this proceeding, and it is a true and correct representation of my financial status.
   [ ] I have previously filed an Application for Leave to Proceed *In Forma Pauperis* in this proceeding. However, my financial status has changed and I have attached an Amended Application to Proceed *In Forma Pauperis* to reflect my current financial status.

5. I declare under penalty that the foregoing is true and correct.

_Ramadan Ali_
Movant's Signature

3-18-2008
Date

6846 S. Peoria
Street Address

Chicago, IL 60621
City, State, ZIP

As indicated in paragraph three on the preceding page, I am currently, or previously have been, represented by an attorney appointed by this Court in the civil or criminal actions listed below.

Assigned Judge: _____   Case Number: _____

Case Title: _____

Appointed Attorney's Name: _____

If this case is still pending, please check box ☐

---

Assigned Judge: _____   Case Number: _____

Case Title: _____

Appointed Attorney's Name: _____

If this case is still pending, please check box ☐

---

Assigned Judge: _____   Case Number: _____

Case Title: _____

Appointed Attorney's Name: _____

If this case is still pending, please check box ☐

---

Assigned Judge: _____   Case Number: _____

Case Title: _____

Appointed Attorney's Name: _____

If this case is still pending, please check box ☐