## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Matthew F. Kennelly | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 113 | **DATE** | 4/8/2008 |
| **CASE TITLE** | Ali vs. Chicago Police Officers | | |

**DOCKET ENTRY TEXT**

Status hearing held and continued to 4/23/2008 at 9:30 AM.   Motion for  appointment of counsel for all plaintiffs is granted.  Time in which to respond to complaint is extended generally. Matthew G. Andrews, of Niro, Scavone Haller & Niro, 181 W. Madison St., Ste. 4600, Chicago, IL, 60602, 312/236.0733, is appointed as councel for all plaintiffs.

Docketing to mail notices.

00:08

| | Courtroom Deputy Initials: | OR |
|---|---|---|