# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Matthew F. Kennelly | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 113 | **DATE** | 4/23/2008 |
| **CASE TITLE** | Ali vs. Chicago Police Officers | | |

**DOCKET ENTRY TEXT**

Motion to proceed Informa Pauperis is granted.

Docketing to mail notices.

| | Courtroom Deputy Initials: | OR |
|---|---|---|