## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Matthew F. Kennelly | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 113 | **DATE** | 8/7/2008 |
| **CASE TITLE** | Ali vs. Chicago Police Officers | | |

**DOCKET ENTRY TEXT**

Status hearing held and continued to 8/14/2008 at 9:30 am. Neither side appears. Matthew McAndrews and Ashley Kosztya are ordered to appear and show cause why a sanction should not be imposed. Clerk of Court is directed to correct the docket to reflect plaintiff s' attorney's name as Matthew G. McAndrews.

Docketing to mail notices.

00:04

| | Courtroom Deputy Initials: | OR |
|---|---|---|

Case 1:08-cv-00113   Document 18   Filed 08/07/2008   Page 1 of 1

08C113 Ali vs. Chicago Police Officers                                                    Page 1 of 1