UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
Eastern Division

Luqman S. Ali, et al.
                              Plaintiff,

v.                                        Case No.: 1:08−cv−00113
                                          Honorable Matthew F. Kennelly

Chicago Police Officers, et al.
                              Defendant.


### NOTIFICATION OF DOCKET ENTRY


This docket entry was made by the Clerk on Thursday, August 14, 2008:


    MINUTE entry before the Honorable Matthew F. Kennelly:Status hearing held on 8/14/2008 and continued to 9/16/2008 at 09:30 AM. Rule to show cause is vacated. (or, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.